154 A.3d 166

STANLEY STAHL, PLAINTIFF-PETITIONER, v. STAHL AND DE-LAURENTIS, P.C., DEFENDANT-RESPONDENT, AND AR-THUR DIPADOVA AND KULZER AND DIPADOVA, P.A., DE-FENDANTS

October 7, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-3978/4209-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

154 A.3d 166

1008 ASTORIA BOULEVARD ASSOCIATES, LLC, PLAINTIFF-RESPONDENT, v. HEINE ASSOCIATES, P.A., DEFENDANT-PETITIONER.

October 7, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000100-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.